Franklin Square National Bank, Respondent, *v.* Great Atlantic Building Material Supply Corp. et al., Appellants, et al., Defendants.

Submitted October 1, 1946; decided October 17, 1946.

*Louis Jobrack* for appellants.
*Edwin R. Wolff* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.